# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARON SCHOOLING, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | NO. C18-5382-JPD <br><br><br> ORDER OF DISMISSAL |

This matter having come before the undersigned upon plaintiff's unopposed motion to dismiss this action for Social Security benefits, Dkt. 10, and the Court being fully advised, it is hereby ORDERED that the above action be dismissed with prejudice and without costs. The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 14th day of August, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

ORDER OF DISMISSAL - 1